IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| JB&B CAPITAL, LLC, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. |
| MEDRITE LLC and LAURA KASPER, | ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT

Comes JB&B Capital, LLC ("Plaintiff" or "JB&B"), by and through counsel, and for cause of action against defendants, MedRite, LLC and Dr. Laura Kasper (collectively the "Defendants"), would show as follows:

### PARTIES AND JURISDICTION

1. Plaintiff JB&B is a Tennessee limited liability company with its principal place of business at 1111 N. Northshore Dr., Suite P270, Knoxville, TN 37919-2801.

2. Defendant MedRite LLC ("MedRite") is a New Jersey limited liability company with its principal place of business at 293A US Route 9 South, Plaza 9, Marmora, New Jersey 08223. MedRite may be served with process through its officer, Laura Kasper.

3. Defendant Laura Kasper is a resident of the state of New Jersey and may be served with process at 359 Marshallville Road, Woodbine, New Jersey 08270.

4. There is complete diversity of citizenship and the claim exceeds $75,000.00, therefore this Court has jurisdiction pursuant to 28 U.S.C. §1322.

5. Venue and jurisdiction are proper in the Court based upon the agreement of the parties as shown in the forum selection clause in the contract and guaranty agreements at issue.

## STATEMENT OF FACTS

6. JB&B incorporations the allegations set forth in the preceding paragraphs as if set forth fully herein.

7. On July 24, 2020, MedRite, through its member, Laura Kasper, executed an Equipment Finance Agreement in the principal amount of $171,399.69 (the "Agreement") in which JB&B extended financing for MedRite's purchase of a truSculpt ID-8hp personalized, hands-free body sculpting for non-invasive lipolysis (the "Equipment"). A true and correct copy of the Agreement is attached hereto as Exhibit 1.

8. On July 24, 2020, Laura Kasper also signed a personal guaranty (the "Guaranty") guaranteeing the full and prompt performance and discharge of all present and future obligations under the Agreement. The Guaranty is incorporated into the Agreement. *See* Exhibit 1, page 5.

9. JB&B holds a security interest in the Equipment pursuant to the Agreement.

10. MedRite breached the Agreement due to non-payment and JB&B declared MedRite in default under the Agreement.

11. JB&B obtained possession of the Equipment and, pursuant to the terms of the Agreement, will sell the Equipment at a commercially reasonable sale. Amounts received from the sale of Equipment will be applied to the amount owed by the Defendants as stated in the Agreement.

12. Pursuant to the Agreement, Defendants are jointly and severally liable for the amount owed, which is currently $208,429.70, plus pre-interest, attorney's fees, and costs.

WHEREFORE, JB&B prays as follows:

A. That proper process issue and be served upon the Defendants, and that they be required to appear and answer this Complaint fully and truthfully.

B. That JB&B be awarded a judgment against the Defendants, jointly and severally, in the amount of $208,429.70, plus pre-judgment interest, costs, and reasonable attorney's fees, or, in the alternative and if the Equipment is sold before such time as a judgment is entered, for the amount owed after accounting for the net proceeds of the sale of Equipment at a commercially reasonable sale plus pre-judgment interest, costs, and reasonable attorney's fees.

C. That JB&B be awarded such other and further relief as the Court deems necessary and proper.

Respectfully submitted this 30th day of March, 2021.

> WOOLF, McCLANE, BRIGHT,
> ALLEN & CARPENTER, PLLC
>
> /s/ Gregory C. Logue
> Gregory C. Logue, BPR No. 012157
> Kaitlin F. Tweel, BPR No. 036076
>
> Post Office Box 900
> Knoxville, TN 37901-0900
> Telephone: (865) 215-1000
> Fax: (865) 215-1001
> glogue@wmbac.com
> ktweel@wmbac.com
> *Attorneys for JB&B Capital, LLC*