UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JB&B CAPITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) 3:21-CV-00117-DCLC-JEM |
| | ) |
| vs. | ) |
| | ) |
| MEDRITE, LLC and LAURA KASPER, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed herewith, the Court finds that Plaintiff JB&B Capital, LLC, is entitled to a judgment in the total amount of $266,266.06, representing $190,809.20 in damages, $64,431.31 in attorney fees, and $11,025.55 in expenses.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court